# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 11, 2018

## NO. 03-18-00291-CV

**Badger Tavern, L.P., Appellant**

**v.**

**Glenn Hegar, Comptroller of Public Accounts of The State of Texas;
and the Office of the Comptroller of Public Accounts of The State of Texas, Appellees**

## APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
## REVERSED AND REMANDED -- OPINION BY JUSTICE PURYEAR

This is an appeal from the interlocutory order signed by the trial court on April 20, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's interlocutory order. Therefore, the Court reverses the trial court's interlocutory order and remands the case to the trial court for further proceedings. Appellees shall pay all costs relating to this appeal, both in this Court and the court below.